**Motion denied and Order filed August 8, 2017.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-17-00225-CV

———————

**IVAN MORALES AND MYRA MORALES, INDIVIDUALLY AND AS NEXT FRIENDS OF ARIANDNE MORALES, A MINOR, AND YVANNA MORALES, A MINOR, Appellants**

**V.**

**COLIN TAPLIN AND ACCELERATED TRANSPORT, LLC, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2014-02407**

## ORDER

The reporter's record in this case was due **April 21, 2017**.  *See* Tex. R. App. P. 35.1.  On April 24, 2017, this court ordered the court reporter to file the record within 30 days.  When the court reporter failed to file the record as ordered, on June 21, 2017, this court ordered the court reporter to file the record within 30

days, and instructed the court reporter that if the record was not filed, the court would order the trial court to conduct a hearing to determine the reason for failure to file the record. The record has not been filed with the court.

On August 1, 2017, Gina Jackson, the official court reporter, filed a motion for extension of time to file the reporter's record in this case. We deny the request and issue the following order:

We order **Gina Jackson**, the official court reporter, to file the record in this appeal **on or before August 21, 2017. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Jackson** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel consists of Justices Christopher, Brown, and Wise.